IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DEANNA SMITHERS, as Independent Administrator of the Estate of THOMAS DALTON, deceased,<br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>PATRICK HARTSHORN, the SHERIFF OF VERMILION COUNTY, individually and in his official capacity VERMILION COUNTY, ILLINOIS; HAROLD HEATON; MARTIN WALWORTH; JAMES BIANCHETTA; JOSEPH WALTON; JERID SMITH; JASMINE MARTIN; and SHELLY HARDING, R.N.,<br>　　　　　　　Defendants. | Case No. 20-CV-2023<br><br><br>JURY DEMANDED |

## **AFFIDAVIT**

Louis J. Meyer, pursuant to §735 ILCS 5/2-622, states the following under oath:

　　1. He has consulted and reviewed the facts of the case with a licensed physician that is board certified in internal medicine.

　　2. He reasonably believes that the physician is knowledgeable in the relevant issues involved in this particular action and has practiced within the last 6 years in the same area of health care that is at issue in this particular action.

　　3. He reasonably believes the physician meets the expert witness standards set forth in paragraph (a) through (d) of Section 8-2501 [735 ILCS 5/8-2501].

4. The physician has determined in a written report, after a review of the assessable medical records and other relevant material involved in this particular action that there is a reasonable and meritorious cause for the filing of such action as to Vermilion County, and Shelly Harding, RN. The physician's written report is attached to this affidavit and labeled Exhibit A.

5. He has concluded on the basis of the reviewing health professional's review and consultation that there is a reasonable and meritorious cause for filing of such action as to Vermilion County, and Shelly Harding, RN.

6. Further affiant sayeth not.

Dated: February 4, 2021

Respectfully Submitted,

*/s/ Louis J. Meyer*
MEYER & KISS, LLC
311 West Stratford Drive
Peoria, Illinois 61614
t. 309.713.3751
f.312.585.7803
louismeyer@meyerkiss.com

Ex. A

January 29, 2021

James L. Bizzieri
Bizzieri Law Office, LLC
10258 S. Western Avenue, Suite 210
Chicago, IL 60643

Louis J. Meyer
Meyer & Kiss, LLC
53 West Jackson Blvd., Suite 1735
Chicago, IL 60604

Re: Thomas Dalton vs. Vermillion County Jail

Dear Mr. Bizzieri and Mr. Meyer,

I am a board-certified physician, licensed to practice medicine in all of its branches, and have practiced medicine within the last six (6) years in the same areas of medicine at issue in this case. My opinions below are based on review of records from Vermillion County Jail ("Vermillion") pertaining to Mr. Thomas Dalton in the time period January 2020 through February 2020. I also reviewed Mr. Dalton's death certificate and the Vermillion County coroner's autopsy report.

Thomas Dalton (DOB 06/24/86) was a 33-year-old man with a reported medical history including heroin use, diabetes, congestive heart failure and asthma. Mr. Dalton was an inmate at Vermillion County Jail.

As reported by other inmates at Vermillion, Mr. Dalton complained of not feeling well for multiple days, had a cough with bloody mucus and was complaining of shortness of breath. Mr. Dalton had been seen earlier in February at Vermillion by a nurse, Shelly Harding, RN, because of blood in his stool. Mr. Dalton's cellmate and other inmates reported that on 02/16/20 between 4am and 6am, Mr. Dalton began to ask and yell for help because he was having difficulty breathing. Other inmates also reported that Mr. Dalton could not catch his breath and started coughing up blood at 6:30am. The difficulty breathing was communicated to correctional officers at Vermillion and a tissue with blood on it was shown to a correctional officer with the continued request for help. Another inmate reported that Mr. Dalton fell to the floor "begging for his life" at around 11am. Mr. Dalton did not receive help and his worsening symptoms were not assessed. Mr. Dalton was found dead alone in his cell on 02/16/20 at 2:40pm.

Mr. Dalton's autopsy showed the bacteria Methicillin Resistant Staphylococcus Aureus (MRSA) as the cause of pneumonia and meningitis. This infection had originated in his lungs and then spread through his blood to his spinal fluid. Mr. Dalton's death certificate listed the causes of death as staphylococcus aureus meningitis and staphylococcus aureus hemorrhagic bronchopnemonia.

In my opinion, the standard of care required Mr. Dalton to be evaluated by a nurse or physician for his worsening clinical signs and symptoms. Vermillion did not have an on-staff physician and did not provide access to a physician or nurse. Access to a physician or nurse in the morning of 02/16/20 would have resulted in initiation of medical care including antibiotic treatment at an earlier time. He would have been transferred to an acute care facility for assessment and treatment. More likely than not, if Mr. Dalton would have received appropriate evaluation at

Vermillion in the morning of 02/16/20, Mr. Dalton would not have died from MRSA meningitis and pneumonia.

It is my opinion that Vermillion County Jail and Shelly Harding, RN deviated from the standard of care in Mr. Dalton's care by:
1) Failure to provide a safe environment;
2) Failure to properly and timely diagnose and treat methicillin resistant staphylococcus aureus infection;
3) Failure to ensure appropriate clinical assessment;
4) Failure to timely ensure a nursing or physician evaluation of Mr. Dalton;
5) Failure to ensure Mr. Dalton had access to a physician;
6) Failure to timely ensure proper medical evaluation of Mr. Dalton;
7) Failure to evaluate worsening symptoms that Mr. Dalton was exhibiting including shortness of breath and blood in his mucus;
8) Failure for a nurse or physician to take a history, do a physical exam and meaningfully participate in the assessment of Mr. Dalton in the setting of his deteriorating condition at Vermillion County Jail.

Vermillion County Jail and Shelly Harding, RN deviated from the standard of care including failure to timely diagnose and treat MRSA infection leading to pneumonia and meningitis. The deviations and injuries at Vermillion County Jail caused significant pain and distress and caused Mr. Dalton's death on 02/16/20.

Sincerely,

