# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ESTATE OF THOMAS DALTON, | |
| Plaintiff, | Case No. 21-cv-2023-SLD-JEH |
| v. | |
| VERMILION COUNTY, *et al.* | |
| Defendants. | |

## PARTIES' JOINT STATUS REPORT

All parties, by and through their respective counsel, pursuant to this Court's Order of April 18, 2022, submit the following joint status report:

1. This Honorable Court ordered the Parties to submit this Status Report when it granted the Parties' Motion to Stay Discovery Pending Mediation (Dkt. #37).

2. The Parties currently have a mediation scheduled with Judge Long on June 27, 2022 starting at 1:30 p.m.

3. The Parties have already provided their confidential letters to Judge Long in anticipation of the upcoming mediation.

4. There are pre-settlement conference calls scheduled between Judge Long and the parties set for June 24, 2022.

5. The Parties are hopeful that a settlement can be reached in this matter.

Dated: June 20, 2022                                    Respectfully submitted,

*/s/ Louis J. Meyer*                                    /s/  *Michael W. Condon (with consent)*
One of the Attorneys for Plaintiff                      One of the Attorneys for Defendant

MEYER & KISS, LLC                                       HERVAS, CONDON, BERSANI, P.C.
53 West Jackson Boulevard, Suite 724                    333 W. Pierce Road, Suite 195
Chicago, Illinois 60604                                 Itasca, Illinois 60143
(louismeyer@meyerkiss.com)                              (mcondon@hcbattorneys.com)

*/s/ Elizabeth A. Knight (with consent)*
Attorney for Harold Heaton

KNIGHT, HOPPE, KURNIK & KNIGHT, Ltd.
5600 North River Road, Suite 600
Rosemont, Illinois 60018
(eknight@khkklaw.com)

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 20, 2022, he electronically filed the foregoing document with the Clerk of the Court for the Central District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

*/s/ Louis J. Meyer*
Louis J. Meyer
