**IN THE UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF ILLINOIS**

ESTATE OF THOMAS DALTON,

    Plaintiff,

v.

VERMILION COUNTY, *et al.*

    Defendants.

Case No. 21-cv-2023-SLD-JEH

**STIPULATION TO DISMISS**

IT IS HEREBY stipulated and agreed by and between Deanna Smithers, individually and as Administrator of the Estate of Thomas Dalton, Deceased, and Defendants, Vermilion County, Sheriff Patrick Hartshorn, Harold Heaton, Martin Walworth, James Bianchetta, Joseph Walton, Jerid Smith, Jasmine Martin and Shelly Harding, through their respective attorneys, that the lawsuit is hereby dismissed with prejudice pursuant to settlement and each side shall bear their own costs.

| PLAINTIFF'S ATTORNEYS: | DEFENDANTS' ATTORNEYS: |
|---|---|
| **s/Louis J. Meyer** | **/s/ Michael W. Condon (with permission)** |
| LOUIS J. MEYER | MICHAEL W. CONDON |
| DANIEL P. KISS | JASON W. ROSE |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| MEYER & KISS, LLC | HERVAS, CONDON & BERSANI, P.C. |
| 311 West Stratford Drive | 333 Pierce Road, Suite 195 |
| Peoria, IL 61614 | Itasca, IL 60143-3156 |
| louismeyer@meyerkiss.com | mcondon@hcbattorneys.com |
| dankiss@meyerkiss.com | jrose@hcbattorneys.com |

**/s/ Elizabeth A. Knight (with permission)**
ELIZABETH A. KNIGHT
*Attorney for Harold Heaton*
KNIGHT, HOPPE, KURNIK & KNIGHT
5600 North River Road, Suite 600
Rosemont, Illinois 60018
eknight@khkklaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that this pleading was served on all counsel of record via the Court's electronic filing system on October 3, 2022

By: /s/ Louis J. Meyer

Louis J. Meyer
MEYER & KISS, LLC
311 W. Stratford Drive
Peoria, IL 61614
t. 309.713.3751
f. 312.585.7803
e. louismeyer@meyerkiss.com